IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOE RAKES,<br><br>  Defendant. | MEMORANDUM DECISION AND ORDER GRANTING GOVERNMENT'S MOTION FOR WITHDRAWAL OF MEMORANDUM DECISION AND SETTING BRIEFING SCHEDULE<br><br>Case No. 2:05-CR-131 TS |

This matter is before the Court on the Government's Motion for Withdrawal of Memorandum Decision,[1] wherein the government requests that the Court withdraw its June 12, 2006 Memorandum Decision and Order Directing Government to Respond to Outstanding Motions and Objections by Defendant and Striking and Resetting Sentencing Date,[2] and replace

---

[1] Docket No. 134.

[2] Docket No. 132.

1

it simply with a scheduling order.  Having considered the government's request and the totality of the circumstances, the Court will grant the government's Motion.

Based upon the above, it is hereby

ORDERED that the Court's June 12, 2006 Memorandum Decision and Order Directing Government to Respond to Outstanding Motions and Objections by Defendant and Striking and Resetting Sentencing Date (Docket No. 132) is WITHDRAWN.  It is further

ORDERED that the government shall file its responses to Defendant's filings regarding sentencing (Docket Nos. 121, 125, 126, and 127) no later than July 7, 2006.  It is further

ORDERED that sentencing shall proceed on August 10, 2006, at 3:00 p.m.

SO ORDERED.

DATED  June 21, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge